Timothy J. Rosenberger, Jr.
1791 Randall Rd.
Cleveland, OH 44113
Phone: (216)-544-5486
Email: timothyjjr3@yahoo.com

*Pro Se*

FILED
NOV 05 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Timothy J. Rosenberger, Jr, | Case No. 1:21 CV 2121 |
| Plaintiff, | COMPLAINT    JUDGE OLIVER |
| v. | Jury Trial Demanded |
| John Ma, Ma's Marketing and Consulting Inc., Zhi Ma, Winnie Ma | MAG. JUDGE PARKER |
| Defendants. | |

**Preliminary Statement**

1. This is an action for damages brought by an individual Timothy J. Rosenberger, Jr. against defendants John Ma, Ma's Marketing and Consulting Inc., Zhi Ma, and Winnie Ma for violation of theft, Ohio Revised Code § 2307.61

**The Parties**

2. Plaintiff is an individual who resides in and owns his home at 1791 Randall Rd. Cleveland, Ohio 44113.

3. Defendant John Ma is an individual and the former owner of an adjacent

property, 4111 John Court, Cleveland, Ohio 44113, and is now a resident of California.

4. Defendant Ma's Marketing & Consulting Inc. is a California based corporation.

5. Defendant Zhi Ma is an individual who resides in California.

6. Defendant Winnie Ma is an individual who resides in California.

## Jurisdiction & Venue

7. This Court has jurisdiction based by federal question jurisdiction pursuant to 28 USC §1332.

8. The court has supplemental jurisdiction over the state law claims pursuant to 15 USC § 1367.

9. Venue is proper as the alleged violations arose in this district.

## Description of the Case

10. From February 2017 through the present time, plaintiff Timothy J. Rosenberger, Jr. has been the owner of the property located at 1789-1791 Randall Rd. Cleveland, Oh 44113.

11. On or about April 16, 2017, defendant, John Ma, purchased the home adjacent to plaintiff's property, 4111 John Court, Cleveland, OH 44113.

12. Defendant John Ma's property did not have its own water meter and instead drew water from plaintiff's metered connection. Defendant Ma knew, or reasonably should have known, that he was not paying for water and therefore

engaged in theft.

13. Plaintiff was unaware that the Defendant's, and the adjacent property, were engaged in theft of water.

14. Throughout defendant John Ma's ownership, defendant's Ma's Marketing and Consulting Inc, Zhi Ma, and Winnie Ma, all engaged in water theft through the undisclosed connection.

15. Beginning in early 2020, plaintiff's, always high, water bills climbed dramatically. Plaintiff engaged a plumber to repair leaks, limited use of water, and engaged in other attempts at remediation, all without success in mitigating the high water bills.

16. On or around June 3, 2021, defendant John Ma sold his property at 4111 John Court to a church.

17. Church officials immediately realized that they did not have a water meter and, after calling the City of Cleveland, learned that they drew water from plaintiff's meter. Church officials brokered an agreement to purchase water from plaintiff.

18. On or around September 1, 2021, church officials discovered a major fault in the plumbing at 4111 John Court. Plumbers deemed this fault to have been longstanding, resulting in significant leakage of water.

19. On or around September 15, 2021, church officials remediated this fault, resulting in significant reductions in water consumption.

**Claim: Civil Action for Theft —Ohio Revised Code § 2307.61**

20. Plaintiff incorporates by reference ¶¶ 1-19.

21. The above referenced code provides civil remedies for individuals who have been victims of theft.

22. The Act defines "theft" to include "services" such as "public utility services" ORC § 2913.01(E).

23. Within 48 hours of receiving information from the church about the water theft, plaintiff contacted defendant John Ma by phone and text. No response was provided.

24. Within 14 days of receiving information about the water theft, plaintiff contacted defendants Ma's Marketing and Consulting Inc, Zhi Ma, and Winnie Ma by phone. No calls were returned.

25. Defendants engaged in theft and refused offers to correct the matter - plaintiff is therefore entitled to the remedies under the ORC, including actual damages, statutory damages, fees and costs.

**PRAYER**

WHEREFORE, plaintiff prays for judgment as follows:

On the claim: Actual damages, statutory damages, punitive damages, pain and suffering and punitive damages, fees and costs.

Dated: October 4, 2021

By _____
    *Pro Se*

DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues.

Dated: ~~September 23, 2019.~~
October 6, 2021

*Pro Se*